**Order entered February 18, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01416-CR

**VICTOR HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F13-57879-L**

## ORDER

The Court **REINSTATES** the appeal.

On January 28, 2015, we granted the motion of Lori Ordiway to withdraw as appellant's counsel and ordered the trial court to appoint a new attorney to represent appellant in this appeal. We have received the trial court's order appointing Lawrence Mitchell as appellant's attorney. Accordingly, we **DIRECT** the Clerk to list Lawrence Mitchell as appellant's appointed attorney of record.

We note the reporter's record was due February 12, 2015 and has not yet been filed, nor has the court reporter requested an extension of time to file the reporter's record. Accordingly, we **ORDER** Victoria Franklin, official court reporter of the Criminal District Court No. 5, to file the complete reporter's record within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Victoria Franklin, official court reporter, Criminal District Court No. 5; Lawrence Mitchell; and the Dallas County District Attorney's Office.

/s/     ADA BROWN
       JUSTICE